■ TRANS-WORLD COMMERCIAL CORPORATION, Respondent, v. INTERNATIONAL COOPERATIVE PETROLEUM ASSOCIATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ In the Matter of 79TH STREET BUILDING, INC., Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Constituting the Temporary State Housing Rent Commission, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ AUBREY S. WOLFORD et al., Appellants, v. FRANCIS I. DU PONT & COMPANY, a Partnership, et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ LATORRACA BROS., INC., Appellant, v. R. ROMANO & SONS, INC., et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ EDWARD N. WYANT, Respondent, v. STAGSHEAD TAVERN, INC., Appellant. — Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ In the Matter of HEGEMAN-HARRIS COMPANY, INC., Petitioner, against LAWRENCE E. GEROSA, as Comptroller of the City of New York, Respondent.— Determination unanimously confirmed, with $50 costs and disbursements to the respondent, and the petition dismissed. No opinion. Concur — Peck, P. J., Rabin, Cox, Frank and Valente, JJ.

■ In the Matter of JAMES McCREERY REALTY CORP., Appellant, against TAX COMMISSION OF THE CITY OF NEW YORK, Respondent. [110–114 West 42nd St., Borough of Manhattan.] — Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Rabin, Cox, Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM O'NEILL, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Peck, P. J., Rabin, Cox, Frank and Valente, JJ.